UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODNEY LESTER,

    Plaintiff,

v.                                                      Case No. 1:20-cv-644
                                                             Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**JUDGMENT**

       In accordance with the Opinion filed this date, the decision of the Commissioner is **AFFIRMED**.

       **IT IS SO ORDERED**.


Dated: September 28, 2021                         /s/ Ray Kent
                                                                       United States Magistrate Judge